# EXHIBIT B

## Yopima, LLC v. ParkMobile, LLC
## Infringement Chart for U.S. Patent No. 9,119,038

| U.S. Patent No. 9,119,038 | ParkMobile |
|---|---|
| 13.A method for tracking locations of a plurality of devices within overlapping geofences, comprising: | ParkMobile LLC provides the ParkMobile mobile application, which uses device location in connection with parking sessions and parking reservations at specified parking locations. ParkMobile's published materials and the screenshots and videos below show that user devices are associated with specific parking locations and parking zones, and that device location is used as part of the parking workflow. |
| | For example, ParkMobile LLC Provides ParkMobile app for tracking locations of a plurality of devices (smart phone with ParkMobile app) within overlapping geofences. |
| | |
| | Source: https://parkmobile.io/ |

| U.S. Patent No. 9,119,038 | **ParkMobile** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/parkmobile-park-pay-go/id365399299 |

| U.S. Patent No. 9,119,038 | **ParkMobile** |
|---|---|
| [13A] receiving, by a portable computing device, an identification of a first geofence defining a first region; | The ParkMobile mobile application, operating on a portable computing device, receives location-based information associated with a parking session or reservation, including a specified parking location or parking zone selected by the user, as shown in the ParkMobile materials and videos below.<br><br>This parking location or parking zone defines the location used in the parking workflow. The portable computing device therefore receives an identification of a first region corresponding to the selected parking location or parking zone.<br><br>Plaintiff contends that a portable computing device [Smartphone with ParkMobile app] receives an identification of a first geofence defining a first region.<br><br>When a user makes a parking reservation, the server of the ParkMobile app will provide all the available parking Garages on the map, each parking location (Garage) is a geofence defining a region, all the available parking locations on the map constitute the first geofence defining the first region, Accordingly, the Smartphone receives an identification of a first geofence defining a first region.<br><br><br><br>**ParkMobile App: How To Reserve And Pay For A Parking Spot**<br><br>Source: https://www.youtube.com/watch?v=60WQlBrcv-g |

| U.S. Patent No. 9,119,038 | **ParkMobile** |
|---|---|
| [13B] determining a current location of the portable computing device; | The ParkMobile mobile application uses mobile-device location services to obtain and use the current location of the portable computing device in connection with the parking workflow, as reflected in the ParkMobile materials cited below.<br><br>Accordingly, the portable computing device determines its current location for use within the ParkMobile application.<br><br>The portable computing device (Smartphone) determines its current location such that the ParkMobile app can navigate the user to the reserved parking location.<br><br><br><br>ParkMobile App: How To Reserve And Pay For A Parking Spot<br><br>Source: https://www.youtube.com/watch?v=60WQlBrcv-g |

| U.S. Patent No. 9,119,038 | **ParkMobile** |
|---|---|
| [13C] comparing the current location of the portable computing device to the identified first geofence; and | ParkMobile's materials and the videos below show that the application uses the device's location in connection with starting or managing a parking session at a specified parking location or parking zone.<br><br>In order for the application to use the device's location in connection with that parking location or parking zone, the application must compare the current location of the portable computing device to the selected parking location or parking zone associated with the parking session.<br><br>Determining whether the device is at or near the selected parking location necessarily requires comparing the device's current location to that identified location-based region.<br><br>Accordingly, the ParkMobile application performs the claimed comparison.<br><br>During the period of navigation to the reserved garage, the ParkMobile app portable computing device (Smartphone) compares the current location of the Smartphone to the identified first geofence (reserved garage in the first geofence) to navigate the user to the reserved garage.<br><br><br><br>**ParkMobile App: How To Reserve And Pay For A Parking Spot**<br><br>Source: https://www.youtube.com/watch?v=60WQIBrcv-g |

| U.S. Patent No. 9,119,038 | **ParkMobile** |
|---|---|
| [13D] transmitting, by the portable computing device to a second computing device, an arrival notification, responsive to determining that the current location of the portable computing device is within the identified first region, | ParkMobile's materials and the videos below show that the user initiates a parking session through the ParkMobile mobile application, including through a "Start Parking" interaction associated with a specified parking location or parking zone.<br><br>This parking-session communication is tied to the device being at the selected parking location or parking zone identified in the parking workflow. Because the application uses the portable computing device in connection with starting the parking session for that location, the resulting communication to the ParkMobile system is responsive to the portable computing device being at that parking location.<br><br>Accordingly, the ParkMobile application transmits, by or through the portable computing device, a parking-session notification or communication to a second computing device corresponding to the ParkMobile system responsive to determining that the portable computing device is at the selected parking location or parking zone.<br><br>Responsive to determining that the current location of the portable computing device(smartphone) is within the identified first region (determining that the smartphone is in the reserved garage within the identified first region), the  ParkMobile app provides "Start Parking" button to transmit to second computing device (ParkMobile app's backbend server) an arrival notification (Start Parking" button show that the smartphone has arrived in the  reserved garage). |

| U.S. Patent No. 9,119,038 | **ParkMobile** |
|---|---|
| |  ParkMobile App: How To Pay For Zone Parking<br><br>Source: https://www.youtube.com/watch?v=S0UGzgizBkM<br><br>**How do I use the ParkMobile app to pay for parking in my location?**<br><br>Once you've downloaded the ParkMobile app and setup your account, enter the zone number listed on the stickers and signs around the parking meter or space into the app. Select the amount of time you'd like to park, your vehicle, and the payment method. Then touch the "Start Parking" button to begin your parking session. You will see a countdown clock showing how much time is remaining in your parking session. You can extend your parking time up to the maximum time allowed for that spot.<br><br>Source: https://support.parkmobile.io/hc/en-us/articles/36854907118747-FREQUENTLY-ASKED-QUESTIONS |

| U.S. Patent No. 9,119,038 | **ParkMobile** |
|---|---|
| [13E] the arrival notification including an identification of the current location of the portable computing device within one of a plurality of subregions of the first region defined by a corresponding plurality of geofences. | The arrival notification includes an identification of the current location (Zone number of the reserved garage) of the portable computing device within one of a plurality of subregions of the first region defined by a corresponding plurality of geofences.<br><br>See [13A], the first region includes all the available parking locations (a plurality of subregions) on the map, the reserved garage is an available parking location(subregions) within the first region.<br><br>**How do I use the ParkMobile app to pay for parking in my location?**<br><br>Once you've downloaded the ParkMobile app and setup your account, enter the zone number listed on the stickers and signs around the parking meter or space into the app. Select the amount of time you'd like to park, your vehicle, and the payment method. Then touch the "Start Parking" button to begin your parking session. You will see a countdown clock showing how much time is remaining in your parking session. You can extend your parking time up to the maximum time allowed for that spot.<br><br>Source: https://support.parkmobile.io/hc/en-us/articles/36854907118747-FREQUENTLY-ASKED-QUESTIONS<br><br><br>**ParkMobile App: How To Pay For Zone Parking**<br>Source: https://www.youtube.com/watch?v=S0UGzgizBkM<br><br>**What is a Zone Number?**<br><br>The ParkMobile zone number identifies a specific parking area like a particular spot, section of the street, or parking lot. This zone number is required to start your parking session. You can find the zone number located on stickers and signage around the meter or lot.<br><br>Source: https://support.parkmobile.io/hc/en-us/articles/36854907118747-FREQUENTLY-ASKED-QUESTIONS |